## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SUZY ELKINS, on behalf of ) | |
| Herself and others similarly situated ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 4:12-cv-2141-TIA |
| v. ) | |
| ) | |
| MEDCO HEALTH SOLUTIONS, INC., ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, Suzy Elkins, and for her motion for an extension of time in which to respond to Defendant's Motion for Summary Judgment, and in support thereof, states:

1) Defendant Medco Health Solutions, Inc. ("Medco") has filed a Motion for Summary Judgment. Plaintiff's brief is currently due on May 3, 2013, after one previous extension. Although plaintiff's counsel has given priority to the finalization of her summary judgment response brief, she will not be able to complete the brief by the due date.

2) Plaintiff respectfully requests an additional three business days, up to and including Wednesday, May 8, 2013 in which to file her response to Medco's summary judgment motion.

5) The extra three days will not cause any prejudice to defendant.

6) Counsel for Plaintiff conferred with counsel for defendant as to whether it consented to this motion. Defense counsel indicated that he did not believe he opposed the extension, but that counsel had not received word from his client.

7) Plaintiff files this motion for the reasons herein, and not any improper or dilatory purpose.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion and enlarge the time within which Plaintiff must respond to the Defendant's Motion for Summary Judgment up to and including May 8, 2013.

**BURKE LAW OFFICES, LLC**

/s/ Alexander H. Burke
Alexander H. Burke
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Fax: (312) 729-5289
Email: aburke@burkelawllc.com

and

**HEALEY LAW, LLC**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Telephone: (636) 536-5175
Fax: (636) 590-2882
Email: bob@healeylawllc.com
Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned counsel of record for the Plaintiff hereby certifies that a copy of the foregoing has been served on the following counsel of record through this Court's CM/ECF system this 3rd day of May, 2013 to Christopher A. Smith & Matthew D. Knepper, HUSCH BLACKWELL, LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105, attorneys for Defendant Medco Health Solutions, Inc.

/s/Robert T. Healey
Robert T. Healey